IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM LARGE,

       Plaintiff,

      v.                         No. 1:20-CV-00005-RB-KRS

ANDREW SAUL, Commissioner of
the Social Security Administration,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court upon Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17), filed June 22, 2020.  In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Kevin R. Sweazea who entered Proposed Findings of Fact and [a] Recommended Disposition ("PFRD") (Doc. 24) on January 5, 2021.  As detailed in the PFRD, Judge Sweazea recommended that the Court grant Plaintiff's Motion, and he notified the parties of their right to file written objections pursuant to 28 U.S.C. § 636(b)(1)(C).  Neither party objected to the PFRD, and the deadline for so doing expired on January 19, 2021.  Having reviewed the record, the Court determines that it will adopt the PFRD in its entirety and grant Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Proposed Findings of Fact and Recommended Disposition (Doc. 24) is hereby **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17) is hereby **GRANTED**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE